McGREGOR W. SCOTT
United States Attorney
SARALYN M. ANG-OLSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cv-02858-MCE-EFB |
| ) | |
| Plaintiff, ) | **APPLICATION AND ORDER FOR** |
| ) | **PUBLICATION** |
| v. ) | |
| ) | |
| APPROXIMATELY $26,335.71 IN U.S. ) | |
| CURRENCY SEIZED FROM UMPQUA BANK ) | |
| ACCOUNT NUMBER 990492050 HELD IN ) | |
| THE NAME OF GARCIA'S MEATS, ) | |
| ) | |
| Defendant. ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1

1    3.   Defendant Approximately $26,335.71 in U.S. Currency Seized from Umpqua Bank Account Number 990492050 held in the name of Garcia's Meats (hereafter "the defendant funds") was seized in the city of Sacramento, in Sacramento County, California.  The Department of the Treasury, Internal Revenue Service published notice of the nonjudicial forfeiture of the defendant funds on August 6, 13, and 20, 2008 in the <u>Sun-Herald</u>.

4.   Plaintiff proposes that publication be made as follows:

    a.   One publication;

    b.   Thirty (30) consecutive days;

    c.   On the official internet government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov);

    d.   The publication is to include the following:

        (1)   The Court and case number of the action;

        (2)   The date of the arrest/seizure;

        (3)   The identity and/or description of the property arrested/seized;

        (4)   The name and address of the attorney for the Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

the filing of the claims and that, in the absence thereof, default may be entered and condemnation ordered.

Dated: 11/25/08          McGREGOR W. SCOTT
                         United States Attorney


                         /s/ Saralyn M. Ang-Olson
                         SARALYN M. ANG-OLSON
                         Special Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  December 4, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3