```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,      )   2:08-cv-02858-MCE-EFB
                                   )
12              Plaintiff,         )   STIPULATION FOR EXTENSION
                                   )   OF TIME TO FILE JOINT STATUS
13       v.                        )   REPORT AND ORDER [PROPOSED]
                                   )
14  APPROXIMATELY $26,335.71 IN    )
    U.S. CURRENCY SEIZED FROM      )
15  UMPQUA BANK ACCOUNT NUMBER     )
    990492050 HELD IN THE NAME OF  )
16  GARCIA'S MEATS,                )   DATE:      N/A
                                   )   TIME:      N/A
17              Defendant.         )   COURTROOM: N/A
    _____ )
18
```

19     Plaintiff United States of America and claimants Enrique

20 Garcia and Eva Cervantes ("Claimants"), by and through their

21 respective counsel, hereby request that the joint status report

22 currently due on February 9, 2009 be continued for approximately

23 60 days, or effectively until April 10, 2009.

24     Plaintiff and Claimants make this request for the following

25 reasons:  Plaintiff and Claimants had agreed to extend Claimants'

26 time to file their claim to the defendant currency to February 9,

27 2009.  Because Claimants' counsel is currently still in the

28 process of preparing his clients' claim and answer in this

1

action, he is not in a position to contribute meaningfully to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) and to the preparation of a resulting joint status report as required by the Court's Order on November 25, 2008.

As soon as the need became apparent, counsel for Plaintiff and Claimants conferred about an extension of time to file the joint status report and, without delay, hereby make their request.

As required under Rule 6-144(b) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Plaintiff and Claimants hereby represent that no prior extensions of time have been sought in regard to the filing of the joint status report.

Dated: February 4, 2009   LAWRENCE G. BROWN
                          Acting United States Attorney

                          /s/ Saralyn M. Ang-Olson
                          Saralyn M. Ang-Olson
                          Special Assistant U.S. Attorney


Dated: February 4, 2009   /s/ Gilbert Roque
                          Gilbert A. Roque
                          Attorney for Claimants
                          Enrique Garcia

**ORDER**

**IT IS SO ORDERED.**

Dated: February 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2