BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $26,335.71 IN U.S. CURRENCY SEIZED FROM UMPQUA BANK ACCOUNT NUMBER 990492050 HELD IN THE NAME OF GARCIA'S MEATS,<br><br>　　　　Defendant. | 2:08-CV-02858-MCE-EFB<br><br>FINAL JUDGMENT OF FORFEITURE |

　　Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

　　1.　This is a civil forfeiture action against Approximately $26,335.71 in U.S. Currency Seized from Umpqua Bank Account Number 990492050 held in the Name of Garcia's Meats ("defendant funds").

　　2.　A Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") was filed on November 25, 2008, alleging that said defendant funds are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2).

　　3.　On or about December 2, 2008, the Clerk issued a

1  Warrant for Arrest for the defendant funds, and that warrant was
2  duly executed on December 10, 2008.
3      4.  Beginning on January 13, 2009, for at least 30
4  consecutive days, the United States published Notice of the
5  Forfeiture Action on the official internet government forfeiture
6  site www.forfeiture.gov.  A Declaration of Publication was filed
7  on February 23, 2009.
8      5.  In addition to the public notice on the official
9  internet government forfeiture site www.forfeiture.gov, actual
10 notice was given to the following individuals:
11          a.  Enrique Garcia
12          b.  Eva Cervantes
13     6.  On February 4, 2009, Enrique Garcia and Eva Cervantes
14 ("claimants") filed Verified Claims and a Verified Answer to the
15 Complaint.  No other parties have filed claims or answers in this
16 matter, and the time for which any person or entity may file a
17 claim and answer has expired.
18     Based on the above findings, and the files and records of
19 the Court, it is hereby ORDERED AND ADJUDGED:
20     1.  The Court adopts the Stipulation for Final Judgment
21 of Forfeiture entered into by and between the parties to this
22 action.
23     2.  That judgment is hereby entered against claimants
24 Enrique Garcia and Eva Cervantes and all other potential
25 claimants who have not filed claims in this action.
26     3.  Upon entry of this Final Judgment of Forfeiture,
27 $20,000.00 of the Approximately $26,335.71 in U.S. Currency
28 Seized from Umpqua Bank Account Number 990492050 Held in the Name

of Garcia's Meats, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $6,335.71 of the Approximately $26,335.71 in U.S. Currency Seized from Umpqua Bank Account Number 990492050 Held in the Name of Garcia's Meats, together with any interest that may have accrued on that amount, shall be returned to claimants through their attorney, Gilbert A. Roque.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds, and for the commencement and prosecution of this forfeiture action. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6. Claimants waived any and all claim or right to interest that may have accrued on the defendant funds being forfeited to the United States.

7. That pursuant to the stipulation of the parties, and the allegations set forth in the Verified Complaint filed on November 25, 2008, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the

commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. All parties will bear their own costs and attorneys' fees, if any.

9. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: July 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Verified Complaint filed November 25, 2008, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

Dated: July 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE